UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Joseph A. Williams                                  Docket No. 5:14-MJ-2076-1

**Petition for Action on Probation**

COMES NOW Debbie W. Starling, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joseph A. Williams, who, upon an earlier plea of guilty to Driving While Impaired (Level 5), in violation of 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge on December 10, 2014, to a 12-month term of probation under the conditions adopted by the court. On February 25, 2015, a Violation Report was submitted notifying the court of marijuana use. The court continued his supervision due to a concurrent term of supervision he was serving in which he was sanctioned with a DROPS sanction.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 13, 2015, the defendant was charged in Cumberland County, North Carolina, with Driving While License Revoked –Impaired Revocation (15CR709450). Williams failed to notify the probation officer of this charge, and when confronted, admitted that he did operate a motor vehicle without being properly licensed. As a punitive sanction, it is recommended that he serve five days in jail.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Debbie W. Starling |
| Robert L. Thornton | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street, Fayetteville, NC |
| | Phone: 910-483-8613 |
| | Executed On: May 28, 2015 |

### ORDER OF THE COURT

Considered and ordered this __29__ day of __May_____, 2015 and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge

Case 5:14-mj-02076-RJ    Document 13    Filed 05/29/15    Page 1 of 1