UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Joseph A. Williams**  Docket No. 5:14-MJ-2076-1
**Petition for Action on Probation**

     COMES NOW Debbie W. Starling, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joseph A. Williams, who, upon an earlier plea of guilty to Driving While Impaired (Level 5), in violation of 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge on December 10, 2014, to a 12-month term of probation under the conditions adopted by the court. On February 25, 2015, a Violation Report was submitted notifying the court of marijuana use. The court continued his supervision due to a concurrent term of supervision he was serving in which he was sanctioned with a DROPS sanction. On May 29, 2015, the defendant's conditions of probation were modified to include five days in jail in response to being charged with Driving While License Revoked and failing to notify the probation officer of the charge.

     **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 29, 2015, the defendant was charged in Cumberland County, North Carolina, with Speeding 51 MPH in a 35 MPH Zone (15CR 710568). He notified the probation officer as required, and admitted that he operated a motor vehicle without being properly licensed. As a punitive sanction, it is respectfully recommended that his conditions of probation be modified to include 30 days of home detention, supported by electronic monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

     **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Debbie W. Starling |
| Robert L. Thornton | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street, Fayetteville, NC |
| | Phone: 910-483-8613 |
| | Executed On: June 12, 2015 |

Joseph A. Williams
Docket No. 5:14-MJ-2076-1
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___15___ day of ___Jun___, 2015 and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge